**Order entered September 28, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00083-CR

### CHAD ELDON HUDSON, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 2
Dallas County, Texas
Trial Court Cause No. F14-51555-I**

## ORDER

The Court **REINSTATES** the appeal.

On September 2, 2015, we ordered the trial court to make findings regarding why appellant's brief had not been filed. We **ADOPT** the findings that appellant desires to pursue the appeal and appellant has tendered his brief. We received appellant's brief on September 24, 2015, together with an extension motion.

We **GRANT** the extension motion and **ORDER** appellant's brief filed as of the date of this order.

/s/   LANA MYERS
JUSTICE